UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sharlene Cobb
aka Sharlene Wilson
aka Sharlene Williams,

              Plaintiff,          Case No.: 2:14-cv-14909
                                      Paul D. Borman
vs.                                       United States District Judge

Convergent Healthcare Recoveries, Inc.

              Defendant.
_____/

## ORDER OF DISMISSAL

Purusant to the parties' stipulation filed on March 26, 2015 (Dkt. #7),

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party.

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: March 30, 2015

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 30, 2015.

                                                      s/Deborah Tofil
                                                      Deborah Tofil
                                                      Case Manager (313) 234-5122